# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 333 WAL 2014
:
              Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
RAYMOND W. FARABAUGH, :
:
           Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of November, 2014, the Petition for Allowance of Appeal is **GRANTED**. The issue is:

> Whether the Superior Court erred, while acting <u>sua sponte</u>, when it incorrectly found that new amendments to 42 Pa.C.S. § 9799.13 excluded the crime of [i]ndecent [a]ssault (18 Pa.C.S.A. § 3126(a)(8)) from list [sic] of mandated sex offender registry crimes.